**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

# MEMORANDUM ENDORSED

January 12, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Maurice Hicks, 21-Cr-674(GHW)

Dear Judge Woods:

      I write to respectfully request a thirty-day adjournment of the upcoming conference in Mr. Hick's case currently scheduled for January 18, 2022. Given personal health issues that arose since the last conference, defense counsel requests an adjournment for additional time to review discovery. AUSA Thomas McKay has consented to the adjournment.

      Thank you for your consideration of this request.

Sincerely,

*Marisa K. Cabrera*

Marisa K. Cabrera, Esq.
Marisa_Cabrera@fd.org
917-890-7612

---

Application denied without prejudice. This application does not state the parties' positions regarding the exclusion of time through the new conference date. The Court's Individual Rules of Practice require that a party seeking an exclusion of time under the Speedy Trial Act submit additional information as detailed there. It is not clear from this letter whether either party is seeking the exclusion of time in connection with this application. Any renewed application for an adjournment should expressly state the position of the parties with respect to that issue, and, if either party is seeking the exclusion of time, comply with the Court's Individual Rules with respect to the request. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.
SO ORDERED.
Dated: January 13, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge