**MEMORANDUM ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 13, 2022

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2022

*Re: United States v. Maurice Hicks, 21-Cr-674(GHW)*

Dear Judge Woods:

    I write to respectfully request a thirty-day adjournment of the upcoming conference in Mr. Hick's case currently scheduled for January 18, 2022. Given personal health issues that arose since the last conference, defense counsel requests an adjournment for additional time to review discovery. AUSA Thomas McKay has consented to the adjournment. The defense consents to the exclusion of time.

    Thank you for your consideration of this request.

Sincerely,

*Marisa K. Cabrera*

Marisa K. Cabrera, Esq.
Marisa_Cabrera@fd.org
917-890-7612

Application granted. The conference is adjourned to February 16, 2022 at 10:00 a.m. The Court will enter a separate order excluding time.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 16.

SO ORDRED.

Dated: January 14, 2022
New York New York

_____
GREGORY H. WOODS
United States District Judge