

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2022

**By ECF and Email**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2022
```

**MEMORANDUM ENDORSED**

Re:   *United States v. Hicks*, 21 Cr. 674 (GHW)

Dear Judge Woods:

The Government writes, with the consent of the defendant, to seek an adjournment of the conference currently scheduled for July 1, 2022. This is the first request for such an adjournment.

By way of background, the defendant has filed a motion to suppress his post-arrest statement, and that motion has been fully briefed as of May 27, 2022. The Court previously scheduled a conference on July 1, 2022 to address the motion, but has not to date indicated whether the Court expects to receive evidence and/or hear argument on July 1. In the interim, a personal conflict has arisen for the undersigned AUSA, who was responsible for briefing the motion at issue. Accordingly, to the extent the July 1 conference involves substantive discussion of the motion or presentation of evidence, the Government requests a brief adjournment to permit the undersigned to participate.

As noted, through counsel, the defendant has consented to this application. The parties have conferred, and defense counsel is not available July 11 to July 15. Accordingly, the parties respectfully request that if the requested adjournment is granted, the new conference date be during the week of July 5, or after July 15.

Time has already been excluded through the trial date.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____
Thomas McKay
Assistant United States Attorney
Tel: (212) 637-2268

cc:  Counsel of Record, Esq.

Application granted.  The conference scheduled for July 1, 2022 is adjourned to July 19, 2022 at 9:00 a.m.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 27.
SO ORDERED.

Dated: June 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge