USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                         :
UNITED STATES OF AMERICA,            :
                                                         :
                              -v -                        :           1:21-cr-674-GHW
                                                         :
MAURICE HICKS,                             :           <u>ORDER</u>
                                                         :
                               Defendant.   :
                                                         :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       As stated on the record at the hearing held on July 19, 2022, the hearing was adjourned to July 21, 2022 at 12:00 p.m. The hearing will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

       SO ORDERED.

Dated: July 19, 2022
New York, New York

                                                     _____
                                                             GREGORY H. WOODS
                                                             United States District Judge