USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                     :

UNITED STATES OF AMERICA,          :

                 -v -                               :         1:21-cr-674-GHW

MAURICE HICKS,                       :         <u>ORDER</u>

                            Defendant.  :

------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      As stated on the record at the hearing held on July 21, 2022, the hearing is adjourned to August 8, 2022 at 10:00 a.m.  The hearing will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

      SO ORDERED.

Dated:  July 22, 2022
New York, New York

                                                           _____
                                                                GREGORY H. WOODS
                                                            United States District Judge