USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                               :

UNITED STATES OF AMERICA,           :

           -v -                              :        1:21-cr-674-GHW

MAURICE HICKS,                        :          ORDER

                       Defendant.   :

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record at the hearing held on August 8, 2022, Mr. Hicks' motion to suppress, Dkt. No. 24, is denied. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.

SO ORDERED.

Dated: August 8, 2022
New York, New York

                                                        GREGORY H. WOODS
                                                  United States District Judge