```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :
                    -v-                                      :
                                                             :
                                                             :
   MAURICE HICKS,                                            :
                                                             :
                                Defendant.                   :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/2022

1:21-cr-674-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The proceeding scheduled in this matter for October 12, 2022 at 11:00 a.m. will instead take place at 2:30 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: October 12, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge