UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

        -v-

MAURICE HICKS,

                     Defendant.

------------------------------------------------------------ X

:
:
:
:
:
:
:
:
:
:
:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/14/2022__

1:21-cr-674-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

      The sentencing hearing scheduled in this matter for January 23, 2023 is adjourned to January 31, 2023 at 4:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  The defendant's sentencing submissions are due no later than January 17, 2023; the Government's sentencing submissions are due no later than January 24, 2023.

      SO ORDERED.

Dated: November 14, 2022
       New York, New York

                                          GREGORY H. WOODS
                                  United States District Judge