**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

# MEMORANDUM ENDORSED

January 16, 2023

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:   1/17/2023 |

Re:   **United States v. Maurice Hicks**
        **21 Cr. 674 (GHW)**

Dear Judge Woods:

      I write on behalf of my client, Maurice Hicks, to request a two-week adjournment or, alternatively, a date prior to February 24, 2023, of Mr. Hicks' sentencing proceeding which is currently scheduled for January 31, 2023. As it stands, the sentencing submission is currently due on January 17, 2023; however, I am currently on trial on a different case before the Honorable Valerie E. Caproni and require additional time to prepare the sentencing submission. A two-adjournment will allow the defense to continue to collect necessary documents and prepare a sentencing submission that will ensure Mr. Hicks receives the effective assistance of counsel at sentencing. I have conferred with AUSA Thomas McKay and he has no objection this request.

Respectfully submitted,

/s/ *Marisa K. Cabrera*

Marisa K. Cabrera
Assistant Federal Defender
(917) 890-7612

Application granted. The sentencing hearing in this matter is adjourned to February 16, 2023 at 3:00 p.m. The defendant's sentencing submissions are due no later than February 2, 2023; the Government's sentencing submissions are due no later than February 9, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 46.

SO ORDERED.

Dated: January 17, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge