```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
                                                               :
              -v-                                              :
                                                               :
                                                               :
MAURICE HICKS,                                                 :
                                                               :
                                Defendant.                     :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/2023

1:21-cr-674-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Maurice Hicks pleaded guilty to Count I of the Indictment in this case, which charged him with a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). On February 16, 2023, the Court sentenced Mr. Hicks. The Court sentenced Mr. Hicks principally to a term of 6 months incarceration, to be followed by 3 years of supervised release. Following argument by the parties, the Court ordered that Mr. Hicks be remanded immediately to the custody of the United States Marshals Service.

SO ORDERED.

Dated: February 16, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge